UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) |
| | ) |
| PRAVINA PATEL and | ) |
| HEMANG PATEL, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

The United States of America, with the authorization of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this action under 31 U.S.C. § 3711(g)(4)(C) to collect: (1) outstanding civil penalties, along with an associated late-payment penalty and interest, assessed against Pravina Patel for her failure to timely report her financial interest in foreign bank or other financial accounts as required by 31 U.S.C. § 5314 and its implementing regulations; and (2) outstanding civil penalties, along with an associated late-payment penalty and interest, assessed against Hemang Patel for his failure to timely report his financial interest in foreign bank or other financial accounts as required by 31 U.S.C. § 5314 and its implementing regulations . In support of its complaint, the United States alleges as follows:

### Jurisdiction and Venue

1. The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, and 1355(a).

2. It appears that Pravina Patel may reside in Connecticut within the jurisdiction of this Court. (Alternatively, Ms. Patel may reside in Montgomery County, Pennsylvania and a complaint is also being filed with the United States District Court for the Eastern District of Pennsylvania in the event that she resides there.)

1

3.  It appears that Hemang Patel may reside in Connecticut within the jurisdiction of this
    Court.  (Alternatively, Mr. Patel may reside in Montgomery County, Pennsylvania and a
    complaint is also being filed with the United States District Court for the Eastern District
    of Pennsylvania in the event that he resides there.)

4.  The District of Connecticut is the proper venue for this action under 28 U.S.C.
    § 1391(b)(1) and 1395(a) if the defendants reside in Connecticut.

    Count I - Reduce FBAR Penalties Assessed against Pravina Patel to Judgment

5.  Pravina Patel is, and was at all times relevant to this action, a "United States person"
    within the meaning of 31 C.F.R. § 1010.350.

6.  During calendar years 2007 through 2010, Pravina Patel had a financial interest in bank
    or other financial accounts at Bank of Baroda, Central Bank of India, HDFC Bank, and
    Vijaya Bank in India.

7.  The aggregate value of the accounts at Bank of Baroda, Central Bank of India, HDFC
    Bank, and Vijaya Bank exceeded $10,000 during 2007, 2008, 2009, and 2010.

8.  Pravina Patel failed to timely file Treasury Form TD F 90-22.1, Report of Foreign Bank
    and Financial Accounts (hereinafter "FBAR"), to report her financial interest in accounts
    at Bank of Baroda, Central Bank of India, HDFC Bank, and Vijaya Bank during 2007,
    2008, 2009, and 2010.

9.  Pravina Patel's representative Richard G. Convicer signed a series of consents to extend
    the time to assess a civil penalty against Ms. Patel pursuant to 31 U.S.C. § 5321 for
    violations of the reporting requirement with respect to foreign financial accounts
    maintained during 2007 and 2008, ultimately extending the time to assess to December
    31, 2016.

10. On June 29, 2016, civil penalties totaling the following amounts were assessed against

Pravina Patel pursuant to 31 U.S.C. § 5321 for her failure to timely report her financial

interest the following accounts during 2007, 2008, 2009, and 2010 (hereinafter the

"FBAR Penalties"):

| Year | Bank | Account Numbers Ending | Total Penalties |
|------|------|------------------------|-----------------|
| 2007 | Bank of Baroda | 0630, 0055, 0731, 1344, 3229 | $22,428.00 |
| | Central Bank of India | 9875 | |
| | HDFC Bank | 1549, 1983, 4642, 3487, 7738, 7006 | |
| | Vijaya Bank | 7487 | |
| 2008 | Bank of Baroda | 0630, 0055, 0731, 0156, 1344, 3229 | $21,259.00 |
| | Central Bank of India | 9875 | |
| | HDFC Bank | 1549, 1983, 4642, 3487, 7738, 7006, 6971, 7860 | |
| | Vijaya Bank | 7487 | |
| 2009 | Bank of Baroda | 0630, 0055, 0731, 0156, 1344, 3229, 6470 | $20,779.00 |
| | Central Bank of India | 9875 | |
| | HDFC Bank | 1549, 6110, 1983, 4642, 3487, 7738, 7006, 6971, 7860, 8901 | |
| | Vijaya Bank | 7487 | |
| 2010 | Bank of Baroda | 0630, 0055, 0731, 0156, 1344, 3229, 6470, 9855, 9856 | $21,796.00 |
| | Central Bank of India | 9875 | |
| | HDFC Bank | 1549, 6110, 1983, 4642, 3487, 7738, 7006, 6971, 7860, 8901 | |
| | Vijaya Bank | 7487 | |

11. By letter dated June 29, 2016, the Internal Revenue Service notified Pravina Patel of the

assessment of the FBAR Penalties and demanded payment of the penalties.

12. The balance due on the FBAR Penalties assessed against Pravina Patel, along with

statutory additions and interest, including a late-payment penalty assessed pursuant to 31

U.S.C. § 3717(e)(2), is $98,090.53, plus statutory additions and interest from June 14,

2018.

Count II - Reduce FBAR Penalties Assessed against Hemang Patel to Judgment

13. Hemang Patel is, and was at all times relevant to this action, a "United States person" within the meaning of 31 C.F.R. § 1010.350.

14. During calendar years 2007 through 2010, Hemang Patel had a financial interest in bank or other financial accounts at Bank of Baroda, Central Bank of India, and HDFC Bankin India.

15. The aggregate value of the accounts at Bank of Baroda, Central Bank of India, and HDFC Bank exceeded $10,000 during 2007, 2008, 2009, and 2010.

16. Pravina Patel failed to timely file Treasury Form TD F 90-22.1, Report of Foreign Bank and Financial Accounts (hereinafter "FBAR"), to report his financial interest in accounts at Bank of Baroda, Central Bank of India, and HDFC Bank during 2007, 2008, 2009, and 2010.

17.  Hemang Patel's representative Richard G. Convicer signed a series of consents to extend the time to assess a civil penalty against Mr. Patel pursuant to 31 U.S.C. § 5321 for violations of the reporting requirement with respect to foreign financial accounts maintained during 2007 and 2008, ultimately extending the time to assess to December 31, 2016.

18. On June 29, 2016, civil penalties totaling the following amounts were assessed against Hemang Patel pursuant to 31 U.S.C. § 5321 for his failure to timely report his financial interest in the following accounts during 2007, 2008, 2009, and 2010 (hereinafter the

4

"FBAR Penalties"):

| Year | Bank | Account Numbers Ending | Total Penalties |
|------|------|------------------------|-----------------|
| 2007 | Bank of Baroda | 1401, 1344, 3229 | $11,686.00 |
|      | Central Bank of India | 3887, 9875 | |
|      | HDFC Bank | 1151, 0466, 8826, 1983, 4642, 3487, 7738, 7006 | |
| 2008 | Bank of Baroda | 1401, 1344, 3229 | $10,965.00 |
|      | Central Bank of India | 3887, 9875 | |
|      | HDFC Bank | 1151, 0466, 8826, 1983, 4642, 3487, 7738, 7006, 6971, 7860 | |
| 2009 | Bank of Baroda | 1401, 1344, 3229, 6470 | $10,198.00 |
|      | Central Bank of India | 3887, 9875 | |
|      | HDFC Bank | 1151, 0466, 8826, 1983, 4642, 3487, 7738, 7006, 6971, 7860, 8901 | |
| 2010 | Bank of Baroda | 1401, 1344, 3229, 6470, 9855, 9856 | $11,009.00 |
|      | Central Bank of India | 3887, 9875 | |
|      | HDFC Bank | 1151, 0466, 8826, 1983, 4642, 3487, 7738, 7006, 6971, 7860, 8901 | |

19. By letter dated June 29, 2016, the Internal Revenue Service notified Hemang Patel of the

assessment of the FBAR Penalties and demanded payment of the penalties.

20. The balance due on the FBAR Penalties assessed against Hemang Patel, along with

statutory additions and interest, including a late-payment penalty assessed pursuant to 31

U.S.C. § 3717(e)(2), is $48,763.96, plus statutory additions and interest from June 14,

2018.

WHEREFORE, the United States requests that this Court:

(1)     enter judgment in favor of the United States and against Pravina Patel in the amount

of $98,090.53, plus statutory additions and interest from June 14, 2018, for the unpaid

FBAR Penalties assessed against her;

(2)     enter judgment in favor of the United States and against Hemang Patel in the amount

of $48,763.96, plus statutory additions and interest from June 14, 2018, for the unpaid

FBAR Penalties assessed against him; and

(3)    grant such further relief that the Court deems just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice Tax Division


/s/ *Karen Wozniak*
KAREN WOZNIAK (CT20966)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 307-1927
Facsimile:  (202) 514-5238
E-mail:  karen.e.wozniak@usdoj.gov